# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **WSOU Investments, LLC d/b/a Brazos Licensing and Development,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**NEC Corporation,**<br><br>　　Defendant. | Case No. 6:20-cv-927<br><br>Patent Case<br><br>Jury Trial Demanded |

### PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.


Dated: October 7, 2020　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ Isaac Rabicoff
　　　　　　　　　　　　　　　　Isaac Rabicoff
　　　　　　　　　　　　　　　　**Rabicoff Law LLC**
　　　　　　　　　　　　　　　　5680 King Centre Dr, Suite 645
　　　　　　　　　　　　　　　　Alexandria, VA 22315
　　　　　　　　　　　　　　　　(773) 669-4590
　　　　　　　　　　　　　　　　isaac@rabilaw.com

　　　　　　　　　　　　　　　　**Counsel for Plaintiff**
　　　　　　　　　　　　　　　　**WSOU Investments, LLC d/b/a Brazos Licensing and Development**


**CERTIFICATE OF SERVICE**

1

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on October 7, 2020, via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff