IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff<br><br>v.<br><br>NEC CORPORATION,<br><br>    Defendant | §<br>§<br>§<br>§<br>§   Case No. 6:20-cv-00927-ADA<br>§<br>§<br>§<br>§<br>§ |

## ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO EFFECT ALTERNATIVE SERVICE ON DEFENDANT

The Court, having considered Plaintiff's Motion for Leave to Effect Alternative Service on Defendant ("Motion"), ECF No. 8, finds that the Motion is **DENIED AS MOOT**.

1