**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff | § § | Case No. 6:20-cv-00927-ADA |
| v. | § § | |
| NEC CORPORATION, | § § | |
| Defendant | § § | |

**DEFENDANT NEC CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant NEC Corporation states that it is a publicly owned corporation organized under the laws of Japan, it has no parent corporation, and no publicly held corporation owns ten percent (10%) or more of its stock.

Dated:  December 10, 2020

Respectfully submitted,

*/s/ Hilda C. Galvan*
Hilda C. Galvan
Lead Attorney
Texas State Bar No. 00787512
Email:  hcgalvan@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, TX  75201-1515
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100

Attorneys for specially appearing
Defendant,
NEC CORPORATION

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic services on December 10, 2020.  Local Rule CV-5(b)(1).

*/s/ Hilda C. Galvan*