IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>   *Plaintiff*, <br><br>v.<br><br>NEC CORPORATION,<br>   *Defendant.* | §§§§§§§§§§§ | CIVIL ACTION 6:20-cv-00923-ADA<br>CIVIL ACTION 6:20-cv-00924-ADA<br>CIVIL ACTION 6:20-cv-00925-ADA<br>CIVIL ACTION 6:20-cv-00926-ADA<br>CIVIL ACTION 6:20-cv-00927-ADA |

**ORDER GRANTING PLAINTIFF WSOU INVESTMENTS, LLC d/b/a
BRAZOS LICENSING AND DEVELOPMENT'S
AMENDED MOTION TO SUBSTITUTE COUNSEL**

  The Court considered Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development's Amended Motion to Substitute Counsel. Having considered said Motion, it is

  ORDERED that Jonathan K. Waldrop, Darcy L. Jones, Marcus A. Barber, John W. Downing, Heather S. Kim, Jack Shaw, with the law firm of Kasowitz Benson Torres LLP, 333 Twin Dolphin Drive, Suite 200, Redwood Shores, CA 94065, and Mark D. Siegmund with the law firm of Walt Fair, PLLC, 1508 N. Valley Mills Drive, Waco, TX 76710, be substituted for Isaac P. Rabicoff as counsel for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development.

  SIGNED this _____ day of _____, 202__.

                _____
                ALAN D. ALBRIGHT
                UNITED STATES DISTRICT JUDGE