# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## WACO DIVISION

WSOU Investments, LLC

vs.                                         Case No.: 6:20-cv-00927-ADA

NEC Corporation

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Maxwell A. Fox, counsel for NEC Corporation, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Maxwell A. Fox may appear on behalf of NEC Corporation in the above case.

IT IS FURTHER ORDERED that Maxwell A. Fox, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of March _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE