IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A § <br> BRAZOS LICENSING AND § <br> DEVELOPMENT, § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> NEC CORPORATION, § <br> *Defendant.* § <br> § | CIVIL ACTION 6:20-cv-00923-ADA <br> CIVIL ACTION 6:20-cv-00924-ADA <br> CIVIL ACTION 6:20-cv-00925-ADA <br> CIVIL ACTION 6:20-cv-00926-ADA <br> CIVIL ACTION 6:20-cv-00927-ADA |

### JOINT CASE READINESS STATUS REPORT

**TO THE HONORABLE COURT:**

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendant NEC Corporation ("NEC") hereby provide the following status report in advance of the initial Case Management Conference (CMC).

### FILINGS AND EXTENSIONS

Plaintiff WSOU filed a complaint in each of the above-numbered cases on October 7, 2020. There have been no extensions.

### RESPONSES TO THE COMPLAINTS

On March 9, 2021, Defendant NEC responded to each of WSOU's Complaints by filing an Answer and Affirmative Defenses. *See* Case No. 6:20-cv-00923, Dkt. 16; Case No. 6:20-cv-00924, Dkt. 16; Case No. 6:20-cv-00925, Dkt. 16; Case No. 6:20-cv-00926, Dkt. 16; Case No. 6:20-cv-00927, Dkt. 16.

## PENDING MOTIONS

On January 8, 2021, Plaintiff WSOU filed an Amended Motion to Substitute Counsel in each of the above-numbered cases.  *See* Case No. 6:20-cv-00923, Dkt. 14; Case No. 6:20-cv-00924, Dkt. 14; Case No. 6:20-cv-00925, Dkt. 14; Case No. 6:20-cv-00926, Dkt. 14; Case No. 6:20-cv-00927, Dkt. 14.

On March 10, 2021, Defendant NEC filed a Motion to Appear Pro Hac Vice for Maxwell A. Fox in each of the above-numbered cases.  *See* Case No. 6:20-cv-00923, Dkt. 17; Case No. 6:20-cv-00924, Dkt. 17; Case No. 6:20-cv-00925, Dkt. 17; Case No. 6:20-cv-00926, Dkt. 17; Case No. 6:20-cv-00927, Dkt. 17.

There are no other pending motions.

## RELATED CASES IN THIS JUDICIAL DISTRICT

The above-numbered cases were all filed by Plaintiff WSOU against Defendant NEC in this District.  There are no known related cases.

## IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings with respect to the patents asserted in the above-numbered cases.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff WSOU has asserted one patent in each case.  Plaintiff WSOU has not yet identified the number of asserted claims, although it asserted one claim in each Complaint.  Plaintiff WSOU has not yet served its preliminary infringement contentions.

## APPOINTMENT OF TECHNICAL ADVISER

**Plaintiff's Position:** Plaintiff WSOU requests a technical adviser to be appointed to the case to assist the Court with claim construction or other technical issues.

**Defendant's Position:** To date, Plaintiff WSOU has identified a single asserted independent claim in each of the patents-at-issue (a single method claim in four of the five asserted patents). Defendant NEC requests that the parties meet-and-confer and inform the Court regarding the need for a technical advisor once infringement contentions are served, and any need for the costs and resources of a technical advisor can be better evaluated – the asserted claims having been identified. At present, the resources of a technical advisor do not appear necessary.

## MEET AND CONFER STATUS

Plaintiff WSOU and Defendant NEC conducted a meet & confer conference for the above-numbered cases on March 11, 2021. The parties raise the following pre-*Markman* issues:

***Protective Order.*** The parties anticipate submitting a proposed form of protective/confidentiality order, or their limited disputes regarding such an order, in the coming weeks.

The parties currently have no other pre-*Markman* issues for discussion at the CMC.

Date: March 16, 2021

Respectfully submitted,

By: */s/ Mark D. Siegmund*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District )
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)

3

jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
Jack Shaw (CA Bar No. 309382)
(Admitted in this District)
jshaw@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Mark D. Siegmund (TX Bar No. 24117055)
mark@waltfairpllc.com
**LAW FIRM OF WALT FAIR, PLLC**
1508 N. Valley Mills Drive
Waco, TX 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432

**ATTORNEYS FOR PLAINTIFF
WSOU INVESTMENTS, LLC
d/b/a BRAZOS LICENSING AND
DEVELOPMENT**

By: */s/ Hilda C. Galvan*
Hilda C. Galvan
Lead Attorney
Texas State Bar No. 00787512
Email: hcgalvan@jonesday.com
JONES DAY
2727 N. Harwood Street, Suite 500
Dallas, TX 75201-1515
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

**ATTORNEYS FOR DEFENDANT
NEC CORPORATION**