**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| **WSOU Investments, LLC d/b/a Brazos Licensing and Development**, | Case No.: 6:20-cv-00927-ADA |
| Plaintiff, | **Jury Trial Demanded** |
| v. | |
| **NEC Corporation**, | |
| Defendant. | |

## <u>NOTICE OF APPEARANCE</u>

Notice is hereby given that the undersigned attorney, Keith B. Davis, enters his appearance in the above-referenced proceeding for Defendant NEC Corporation and respectfully requests that the Court take note of this Notice of Appearance and make Keith B. Davis one of the attorneys of record for NEC Corporation in this lawsuit.  Copies of all communications and other documents filed in the above-referenced proceeding should be emailed to Keith B. Davis at the address set forth below.

Dated: March 17, 2021

Respectfully submitted,

/s/ Keith B. Davis
Keith B. Davis
Texas State Bar No. 24037895
Email: kbdavis@jonesday.com
JONES DAY
2727 N. Harwood Street, Suite 500
Dallas, TX 75201-1515
Telephone:  (214) 220-3939
Facsimile:   (214) 969-5100

*Attorneys for Defendant NEC
Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic services on March 17, 2021.


By:  */s/ Keith B. Davis*
        Keith B. Davis

NAI-1516849112v1