IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, *Plaintiff*, v. NEC CORPORATION, *Defendant.* | § § § § § § § § § § § | CIVIL ACTION 6:20-cv-00923-ADA CIVIL ACTION 6:20-cv-00924-ADA CIVIL ACTION 6:20-cv-00925-ADA CIVIL ACTION 6:20-cv-00926-ADA CIVIL ACTION 6:20-cv-00927-ADA |

### ORDER GRANTING PLAINTIFF WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT'S MOTION TO SUBSTITUTE COUNSEL

The Court considered Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development's Motion to Substitute Counsel. Having considered said Motion, it is

ORDERED that Jonathan K. Waldrop, Darcy L. Jones, Marcus A. Barber, John W. Downing, Heather S. Kim, Jack Shaw, ThucMinh Nguyen with the law firm of Kasowitz Benson Torres LLP, 333 Twin Dolphin Drive, Suite 200, Redwood Shores, CA 94065, Paul G. Williams with the law firm of Kasowitz Benson Torres LLP, 1230 Peachtree Street N.E., Suite 2445, Atlanta, Georgia 30309 and Mark D. Siegmund with the law firm of Walt Fair, PLLC, 1508 N. Valley Mills Drive, Waco, TX 76710, be substituted for Isaac P. Rabicoff as counsel for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development.

SIGNED this  27th  day of    April       , 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE