# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A | § | |
| BRAZOS LICENSING AND | § | CIVIL ACTION 6:20-cv-00923-ADA |
| DEVELOPMENT, | § | CIVIL ACTION 6:20-cv-00924-ADA |
| *Plaintiff*, | § | CIVIL ACTION 6:20-cv-00925-ADA |
| | § | CIVIL ACTION 6:20-cv-00926-ADA |
| v. | § | CIVIL ACTION 6:20-cv-00927-ADA |
| | § | |
| NEC CORPORATION, | § | |
| *Defendant*. | § | |
| | § | |

## UNOPPOSED MOTION TO AMEND AGREED SCHEDULING ORDER

**COME NOW,** Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") hereby respectfully submits this Unopposed Motion to Amend Agreed Scheduling Order (the "Joint Motion").

On May 24, 2021, pursuant to the Court's April 24, 2021 email directing the Parties to file a joint proposed scheduling order based on the Court's then-controlling Order Governing Proceedings Version 3.3 ("OGP 3.3"), the Parties filed their Joint Motion to Enter Agreed Scheduling Order in each of the above-referenced cases. *See* Case No. 6:20-cv-00923 at Dkt. 22; Case No. 6:20-cv-00924 at Dkt. 22; Case No. 6:20-cv-00925 at Dkt. 22; Case No. 6:20-cv-00926 at Dkt. 22; Case No. 6:20-cv-00927 at Dkt. 22. On June 24, 2021, the Court issued its Order Governing Proceedings – Patent Case Version 3.4 ("OGP 3.4"), revising, among other things, (1) the materials to be served with Defendant's preliminary invalidity contentions; and (2) the order in which claim construction briefs are filed. Because OGP 3.4 states that it "shall apply retroactively to the Markman briefing in patent cases that are, as of the date of this order, at least thirty (30) days before the filing of the opening Markman brief, a new scheduling order will need

1

to be entered. WSOU has asked that the new order include a later date for the Markman hearing due to a trial that is scheduled before this Court in October. Defendant NEC Corporation does not oppose WSOU's request for an extension to the Markman hearing date or the other proposed changes to the case schedule. Therefore, WSOU respectfully requests the Court enter the proposed schedule attached as Exhibit A.

Date: July 27, 2021                                   Respectfully submitted,

By: */s/ Mark D. Siegmund*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
Jack Shaw (CA Bar No. 309382)
(Admitted in this District)
jshaw@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Mark D. Siegmund (TX Bar No. 24117055)
mark@waltfairpllc.com
**LAW FIRM OF WALT FAIR, PLLC**
1508 N. Valley Mills Drive
Waco, TX 76710
Telephone:  (254) 772-6400
Facsimile:   (254) 772-6432

**ATTORNEYS FOR PLAINTIFF
WSOU INVESTMENTS, LLC
d/b/a BRAZOS LICENSING AND DEVELOPMENT**

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

> */s/ Mark D. Siegmund*
> Mark D. Siegmund

5