IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **WSOU Investments, LLC d/b/a Brazos Licensing and Development**,<br><br>Plaintiff,<br><br>v.<br><br>**NEC Corporation**,<br><br>Defendant. | Case No.: 6:20-cv-00923-ADA<br>Case No.: 6:20-cv-00924-ADA<br>Case No.: 6:20-cv-00925-ADA<br>Case No.: 6:20-cv-00926-ADA<br>Case No.: 6:20-cv-00927-ADA<br><br>**Jury Trial Demanded** |

### DECLARATION OF STUART W. YOTHERS IN SUPPORT OF DEFENDANT'S OPPOSED MOTION FOR RECONSIDERATION OF PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S OPENING CLAIM CONSTRUCTION SUBMISSION

I, Stuart W. Yothers, an attorney admitted to practice before the Court in the above-captioned matter, and not a party to the matter, affirm the following under penalty of perjury:

1. I am a partner at Jones Day, counsel for Defendant NEC Corporation. I submit this declaration in support of Defendant NEC Corporation's Opposed Motion For Reconsideration Of Plaintiff's Motion To Strike Defendant's Opening Claim Construction Submission.

2. Attached as **Exhibit A** ("Ex. A") is a true and correct copy of Document 29 filed on the Court's docket on September 10, 2021 and titled Defendant NEC Corporation's Opening Claim Construction Brief.

3. Attached as **Exhibit A-1** ("Ex. A-1") is a true and correct copy of Document 29-1 filed on the Court's docket on September 10, 2021 and titled Declaration of Dr. Matthew Shoemake, Ph.D. Regarding Claim Construction.

4. Attached as **Exhibit A-2** ("Ex. A-2") is a true and correct copy of Document 29-2 filed on the Court's docket on September 10, 2021 and titled U.S. Patent No. 7,577,103.

5. Attached as **Exhibit A-3** ("Ex. A-3") is a true and correct copy of Document 29-3 filed on the Court's docket on September 10, 2021 and titled U.S. Patent No. 7,885,398.

6. Attached as **Exhibit A-4** ("Ex. A-4") is a true and correct copy of Document 29-4 filed on the Court's docket on September 10, 2021 and titled U.S. Patent No. 8,041,017.

7. Attached as **Exhibit A-5** ("Ex. A-5") is a true and correct copy of Document 29-5 filed on the Court's docket on September 10, 2021 and titled U.S. Patent No. 8,103,213.

8. Attached as **Exhibit A-6** ("Ex. A-6") is a true and correct copy of Document 29-6 filed on the Court's docket on September 10, 2021 and titled U.S. Patent No. 9,065,918.

9. Attached as **Exhibit A-7** ("Ex. A-7") is a true and correct copy of Document 29-7 filed on the Court's docket on September 10, 2021 and titled File History of U.S. Patent No. 8,041,017.

10. Attached as **Exhibit A-8** ("Ex. A-8") is a true and correct copy of Document 29-8 filed on the Court's docket on September 10, 2021 and titled File History of U.S. Patent No. 8,103,213.

11. Attached as **Exhibit A-9** ("Ex. A-9") is a true and correct copy of Document 29-9 filed on the Court's docket on September 10, 2021 and titled WSOU's July 19, 2021 Proposed Claim Terms for Construction.

12. Attached as **Exhibit A-10** ("Ex. A-10") is a true and correct copy of Document 29-10 filed on the Court's docket on September 10, 2021 and titled Exhibit A to WSOU's Aug. 5, 2021 Disclosure of Preliminary Claim Constructions.

13. Attached as **Exhibit A-11** ("Ex. A-11") is a true and correct copy of Document 29-11 filed on the Court's docket on September 10, 2021 and titled WSOU's Aug. 19, 2021 Revised Preliminary Claim Constructions.

14. Attached as **Exhibit A-12** ("Ex. A-12") is a true and correct copy of Document 29-12 filed on the Court's docket on September 10, 2021 and titled WSOU's Aug. 30, 2021 Updated Preliminary Claim Constructions.

15. Attached as **Exhibit A-13** ("Ex. A-13") is a true and correct copy of Document 29-13 filed on the Court's docket on September 10, 2021 and titled July 7, 2021 Letter from S. Yothers to J. Waldrop Re C.A. No. 6:20-cv-923.

16. Attached as **Exhibit A-14** ("Ex. A-14") is a true and correct copy of Document 29-14 filed on the Court's docket on September 10, 2021 and titled July 7, 2021 Letter from S. Yothers to J. Waldrop Re C.A. No. 6:20-cv-924.

17. Attached as **Exhibit A-15** ("Ex. A-15") is a true and correct copy of Document 29-15 filed on the Court's docket on September 10, 2021 and titled August 25, 2021 Email from J. Whitehill Re Exchange of Claim Constructions, with attachment.

18. Attached as **Exhibit A-16** ("Ex. A-16") is a true and correct copy of Document 29-16 filed on the Court's docket on September 10, 2021 and titled Excerpt from George McDaniel, IBM Dictionary of Computer (10th ed. 1994).

19. Attached as **Exhibit A-17** ("Ex. A-17") is a true and correct copy of Document 29-17 filed on the Court's docket on September 10, 2021 and titled Excerpt from Harry Newton, Newton's Telecom Dictionary (21st ed. 2005).

20. Attached as **Exhibit A-18** ("Ex. A-18") is a true and correct copy of Document 29-18 filed on the Court's docket on September 10, 2021 and titled Excerpt from Microsoft Computer Dictionary (Alex Blanton & Sandra Haynes eds., 5th ed. 2000).

21. Attached as **Exhibit A-19** ("Ex. A-19") is a true and correct copy of Document 29-19 filed on the Court's docket on September 10, 2021 and titled Appendix A to Defendant NEC Corporation's Opening Claim Construction Brief Regarding Additional § 112, ¶ 6 Terms.

22. Attached as **Exhibit A-20** ("Ex. A-20") is a true and correct copy of Document 29-20 filed on the Court's docket on September 10, 2021 and titled Appendix B Supplemental Declaration of Dr. Matthew Shoemake, Ph.D. Regarding Claim Construction.

23. Attached as **Exhibit B** ("Ex. B") is a true and correct copy of an email exchange among the parties and the Court from August 26, 2021 through September 2, 2021.

24. Attached as **Exhibit C** ("Ex. C") is a true and correct copy of email exchanges between counsel for the parties dated August 5, 2021 through September 3, 2021.

25. Attached as **Exhibit D** ("Ex. D") is a true and correct copy of email exchanges between counsel for the parties dated August 5, 2021 through September 20, 2021.

26. Attached as **Exhibit E** ("Ex. E") is a true and correct copy of email exchanges between counsel for the parties dated August 5, 2021 through September 20, 2021.

27. Attached as **Exhibit F** ("Ex. F") is a true and correct copy of an email exchange among the parties and the Court from September 20, 2021 through September 22, 2021.

28. Attached as **Exhibit G** ("Ex. G") is a true and correct copy of email exchanges between counsel for the parties dated August 5, 2021 through September 23, 2021.

Dated: September 27, 2021
      New York, New York

                                                    _____
                                                      Stuart W. Yothers