# EXHIBIT A-16

IBM Dictionary of Computing (Dkt. 29-16)

# EXHIBIT 16
# Excerpt from George McDaniel, IBM Dictionary of Computing (10th ed. 1994)

# IBM DICTIONARY OF COMPUTING

Compiled and edited by
## GEORGE McDANIEL

**McGRAW-HILL, INC.**
New York   San Francisco   Washington, D.C.   Auckland   Bogotá
Caracas   Lisbon   London   Madrid   Mexico City   Milan
Montreal   New Delhi   San Juan   Singapore
Sydney   Tokyo   Toronto

WSOU-NEC-0001868

**Limitation of Liability**

While the Editor and Publisher of this book have made reasonable efforts to ensure the accuracy and timeliness of the information contained herein, neither the Editor nor the Publisher shall have any liability with respect to loss or damage caused or alleged to be caused by reliance on any information contained herein.

Copyright © 1994 by International Business Machines Corporation. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permisssion of the publisher.

1 2 3 4 5 6 7 8 9 0   DOC/DOC   9 9 8 7 6 5 4 3

ISBN 0-07-031488-8 (HC)
ISBN 0-07-031489-6 (PBK)

*The sponsoring editor for this book was Daniel A. Gonneau and the production supervisor was Thomas G. Kowalczyk.*

*Printed and bound by R. R. Donnelley & Sons Company.*

**Tenth Edition (August 1993)**

This is a major revision of the *IBM Dictionary of Computing,* SC20-1699-8, which is made obsolete by this edition. Changes are made periodically to the information provided herein.

It is possible that this material may contain reference to, or information about, IBM products (machines and programs), programming, or services that are not announced in your country. Such references or information must not be construed to mean that IBM intends to announce such IBM products, programming, or services in your country. Comments may be addressed to IBM Corporation, Department E37/656, P. O. Box 12195, Research Triangle Park, NC 27709.

**International Edition**

Copyright © 1994 by International Business Machines Corporation. Exclusive rights by McGraw-Hill, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.

When ordering this title, use ISBN 0-07-113383-6.

This book is printed on acid-free paper.

*Note:* When condition-name is used in the general formats, it represents a unique data item reference consisting of a syntactically correct combination of a condition-name, together with qualifiers and subscripts, as required for uniqueness of reference.

**condition-name-condition** In COBOL, the proposition, for which a truth value can be determined, that the value of a conditional variable is a member of the set of values attributed to a condition-name associated with the conditional variable.

**conditions** See entry conditions.

**condition values** In the IBM 8100 Information System, the values assigned to various combinations of the condition indicators; they may be used as mask values in conditional branching operations.

**conduit** A pipe for protecting electric wires or cables.

**conference call** Teleconferencing in which all participants are connected through telephone circuits that allow for the transmission of voice and possibly FAX messages. (T) See also computer conferencing.

**conference control** Synonym for sensitivity control.

**conference microphone** On dictation equipment, a microphone specially designed to record speech simultaneously from more than one directional source. (I)

**confetti** In video systems, the undesirable appearance of small, colored spots caused by signal drop-outs or by other forms of video noise. See also noise.

**configuration** (1) The manner in which the hardware and software of an information processing system are organized and interconnected. (T) (2) The physical and logical arrangement of devices and programs that make up a data processing system. See also communications configuration, controller configuration, device configuration. (3) The devices and programs that make up a system, subsystem, or network. (4) In CCP, the arrangement of controllers, lines, and terminals attached to an IBM 3710 Network Controller. Also, the collective set of item definitions that describe such a configuration. (5) See also system configuration.

**configuration control board** Qualified personnel who evaluate, for approval or disapproval, all proposed changes to the current developmental baseline. (T)

**Configuration Control Program (CCP)** An IBM licensed program used interactively to define, display, and alter configurations that contain network controllers.

**Configuration Exchange Utility** In the Network Carrier Interconnect Manager and Agent programs, a host utility that converts configuration data from a carrier management system into a format that can be handled by host network management products, specifically, the NetView and NETCENTER programs. This utility also converts configuration data from the VTAM definition library (VTAMLST) and from NETCENTER network definition files into a format that can be handled by a carrier management system.

**configuration file** (1) A file that specifies the characteristics of a system or subsystem. (2) In the ImagePlus System, the file that is created by running the Configuring Facility of the ImagePlus Workstation Program, and which contains the features of a specific ImagePlus workstation. The file is stored on the installation diskette, and is used by the Installation Facility.

**configuration image** In the 3600 Finance Communication System, a combination of formatted configuration data with selected modules of controller data; when loaded into 3601 control storage, the configuration image determines the operations of the 3601 Finance Communication Controller. A configuration image is produced by the Finance Image Processor. The completed image is stored in the 3600 and transmitted later to a 3601 controller.

**configuration manager** A program that supervises device configuration during initial program load (IPL).

**configuration matrix** In an ESCON environment, an array of connectivity attributes that appear as rows and columns on a display device and can be used to determine or change active and saved configurations.

**configuration member** In System/36, a member that defines the attributes of a communication subsystem or line.

**configuration procedure** The multistep process, performed in the host computer, of constructing a configuration image for a 3601 Finance Communication Controller.

**configuration report program (CRP)** An SSP utility program that creates a configuration report listing network resources and resource attributes for networks with NCP, EP, PEP, or VTAM programs.

**configuration report server (CRS)** In the AS/400 system, a function that resides on each ring in an environment of multiple token-ring networks in which configuration is being monitored. This function receives notifications about inserting and removing stations and notifications about active monitor failures.

**load balancing** (1) In ACF/TCAM extended networking, a technique for balancing the message flow between any pair of TCAM nodes by assigning different paths to different messages flowing between them. (2) See application load balancing, transaction load balancing.

**load balancing group (LBG)** In IMS/VS, the grouping of Fast Path input messages for balancing processing by one or more copies of a Fast Path program. There is one LBG for each unique Fast Path message-driven application program.

**loaded origin** The address of the initial storage location of a computer program in main storage at the time the computer program is loaded. (A)

**loader** (1) A routine, commonly a computer program, that reads data into main storage. (A)   (2) In the AIX operating system, a program that reads run files into main storage so that the files can be run. (3) See absolute loader, bootstrap loader, initial program loader, relocating loader.

**load file generator** A Network Configuration Application/MVS function that converts Network Configuration Application configuration data to RODM load utility statements. These statements, when run through the RODM load utility, can create, update, and delete RODM objects that can be viewed through the NetView Graphic Monitor Facility (NGMF).

**load image** An image, ready for transmission to a communication controller, that contains multiple images; for example, a combination of a configuration image with one or more application program images, or a combination of a configuration image with one or more customized images. See also application program image, configuration image, customized image.

**loading** (1) Adding inductance (load coils) to a transmission line to minimize amplitude distortion. See lumped loading. (2) See downloading, uploading.

**loading control** On dictation equipment, a device that enables the recording medium to be inserted into a dictation machine. (I)

**loading pattern** In MSS, the order in which cartridge cells are filled with data cartridges entered through the cartridge access station.

**loading zone** On a disk or diskette, a band of unused tracks over which the read/write head rises to the proper head gap at which it can read and write data. See also landing zone.

**load initial table (LIT)** A table used by the 3651 or 7480 Store Controller to determine which IBM-supplied modules and applications are to be loaded into a programmable 3653 or 3663 terminal.

**load leveling** The balancing of work between processing units, channels, or devices.

**load lever** A lever on the front of a diskette unit that holds the diskette in place.

**load map** A map containing the storage addresses of control sections and entry points of a program loaded into storage.

**load member** (1) In System/32, a collection of instructions stored in the library that the system can execute to perform a particular function, whether requested by the operator or specified in an operation control language statement. (2) In System/36, a library member that contains information in machine language, a form the system can use directly. Contrast with source member.

**load mode** (1) In some variable-word-length computers, data transmission in which certain delimiters are moved with the data. (A)   (2) Contrast with move mode.

**load module** (1) All or part of a computer program in a form suitable for loading into main storage for execution. A load module is usually the output of a linkage editor. (T)   (2) In the AIX operating system, synonym for run file. (3) See also absolute load module.

**load module library** A partitioned data set used to store and retrieve load modules. See also object module library, source module library.

**load-on-call** A function of a linkage editor that allows selected segments of the module to be disk resident while other segments are executing. Disk resident segments are loaded for execution and given control when any entry point they contain is called.

**load point** (1) The beginning of the recordable area on a magnetic tape.

*Note:* Some magnetic tape drives use a BOT marker to indicate the position of the load point. (T)
(2) The position on a magnetic tape that is indicated by the beginning-of-tape marker. (A)

**lobe** (1) A pair of channels between a data station and a lobe attaching unit, one channel for sending and one for receiving, as seen from the point of view of the attached data station. (T)   (2) In a star/ring network configuration, two pairs of conductors that provide separate send and receive paths between a wiring concentrator and a network port, such as a wall outlet. (3) In the IBM Token-Ring Network, the

fied rule. The purpose of rounding is usually to limit the precision of a numeral or to reduce the number of characters in the numeral, or both. The most common forms of rounding are rounding down, rounding up, and rounding off. (I) (A) (2) Contrast with truncation.

**round down** (1) To round, making no adjustment to the part of numeral retained. If a numeral is rounded down, its absolute value is not increased. Rounding down is a form of truncation; for example, numerals 12.6374 and 15.0625, when rounded down to two decimal places, become 12.63 and 15.06, respectively. (I) (A) (2) On a calculator, elimination in result of a calculation of all digits beyond least significant digit. (T)

**rounding error** (1) An error due to rounding. (I) (A) (2) Contrast with truncation error.

**round off** (1) To round, adjusting part of numeral retained by adding 1 to the least significant of its digits and executing any necessary carries, if and only if the most significant of digits deleted is equal to or greater than half the radix of its digit place; for example, numerals 12.6375 and 15.0625, when rounded off to two decimal places, become 12.64 and 15.06, respectively. (I) (A) (2) On a calculator, increase of the least significant digit in result of a calculation to the next higher number where the subsequent digit in result is 5 or above. Where the subsequent digit is 4 or below, the least significant digit remains unchanged. (T)

**round-robin scheduling** In the OS/2 operating system, a process that allows each thread to run for a specified amount of time.

**round-trip message delay** The sum of the one-way message delays from the origin to the destination and back, not including application processing time.

**round-trip propagation time** Twice the time required for a bit to travel between the two most distant data stations in a bus network.

*Note:* In a network using carrier sense, each transmission frame must be long enough so that a collision or jam signal may be detected by the transmitting station while this transmission frame is being transmitted. Its minimum length is therefore determined by the round-trip propagation time. (T)

**round up** (1) To round, adjusting the part of the numeral that is retained by adding 1 to the least significant of its digits and executing any necessary carries, if and only if one or more nonzero digits have been deleted. If a numeral is rounded up, its absolute value is not decreased; for example, the numerals 12.6374 and 15.0625, when rounded up to two decimal places,

become 12.64 and 15.07, respectively. (I) (A) (2) On a calculator, the increase by one of the least significant digit in the result of a calculation if the highest decimal place dropped off has a value of more than zero. (T)

**route** An ordered sequence of nodes and transmission groups (TGs) that represent a path from an origin node to a destination node traversed by the traffic exchanged between them.

**route addition resistance (RAR)** A value that indicates a network node's capacity to perform intermediate session routing.

**route extension (REX)** In SNA, the path control network components, including a peripheral link, that make up the portion of a path between a subarea node and a network addressable unit (NAU) in an adjacent peripheral node. See also explicit route (ER), path, virtual route (VR).

**router** (1) A computer that determines the path of network traffic flow. The path selection is made from several paths based on information obtained from specific protocols, algorithms that attempt to identify the shortest or best path, and other criteria such as metrics or protocol-specific destination addresses. (2) An attaching device that connects two LAN segments, which use similar or different architectures, at the reference model network layer. Contrast with bridge, gateway. (3) In OSI terminology, a function that determines a path by which an entity can be reached. (4) See Internet router.

**Route Selection control vector (RSCV)** A control vector that describes a route within an APPN network. The RSCV consists of an ordered sequence of control vectors that identify the TGs and nodes that make up the path from an origin node to a destination node.

**route selection services (RSS)** A subcomponent of the topology and routing services component that determines the preferred route between a specified pair of nodes for a given class of service.

**Route Table Generator (RTG)** IBM-supplied field developed program that assists the user in generating path tables for SNA networks.

**route weight** A value computed for the set of TGs and intermediate nodes interconnecting an origin and destination node; route weight determines which route is preferred during the route selection process.

**routine** (1) A program, or part of a program, that may have some general or frequent use. (T) (2) In REXX, a series of instructions called with the CALL instruction or as a function. A routine can be either internal or external to a user's program. (3) See

WSOU-NEC-0001872