IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>*Plaintiff*,<br><br>v.<br><br>NEC CORPORATION,<br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION 6:20-cv-00923-ADA<br>CIVIL ACTION 6:20-cv-00924-ADA<br>CIVIL ACTION 6:20-cv-00925-ADA<br>CIVIL ACTION 6:20-cv-00926-ADA<br>CIVIL ACTION 6:20-cv-00927-ADA |

### JOINT MOTION TO EXTEND STAY OF ALL DEADLINES

On October 20, 2021, the Court granted Plaintiff WSOU Investments, LLC's d/b/a Brazos Licensing and Development ("WSOU") and Defendant NEC Corporation's ("NEC") Joint Motion to Stay All Deadlines until November 15, 2021.

All matters in controversy between WSOU and NEC in the above-captioned cases have been settled, in principle, and the parties are in the process of finalizing a written settlement agreement.

The parties have been working together to complete certain tax-related matters and other elections such that a final agreement can be signed and expect to file dismissal papers within an additional thirty (30) days.

In light of the settlement and impending dismissal, WSOU and NEC respectfully request the Court extend the stay of all impending deadlines until December 15, 2021.

Dated: November 9, 2021

By: */s/ Jonathan K. Waldrop*
Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
Jack Shaw (CA Bar No. 309382)
(Admitted in this District)
jshaw@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Hershy Stern (NY Bar No. 4631024)
hstern@kasowitz.com
(*Pro hac vice* admission)
Joshua A. Whitehill (NY Bar No. 4766473)
jwhitehill@kasowitz.com
(*Pro hac vice* admission)
Bradley P. Lerman (NY Bar No. 4906079)
blerman@kasowitz.com
(*Pro hac vice* admission)
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Mark D. Siegmund (TX Bar No. 24117055)
mark@waltfairpllc.com
**LAW FIRM OF WALT FAIR, PLLC**
1508 N. Valley Mills Drive
Waco, TX 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432

**ATTORNEYS FOR PLAINTIFF
WSOU INVESTMENTS, LLC
d/b/a BRAZOS LICENSING AND
DEVELOPMENT**

RESPECTFULLY SUBMITTED,

By: */s/ Keith B. Davis*
Hilda C. Galvan
Lead Attorney
Texas State Bar No. 00787512
hcgalvan@jonesday.com
Keith B. Davis
Texas State Bar No. 24037895
kbdavis@jonesday.com
**JONES DAY**
2727 N. Harwood Street, Suite 500
Dallas, TX 75201-1515
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

Maxwell A. Fox
**JONES DAY**
mfox@jonesday.com
Okura Prestige Tower 2-10-4 Toranomon
Minato-ku, Tokyo 105-0001, Japan
Telephone: 813.6800.1876
Facsimile: 81.3.5570.1520

Stuart Wesley Yothers
syothers@jonesday.com
**JONES DAY**
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3893
Facsimile: (212) 755-7306

**ATTORNEYS FOR DEFENDANT
NEC CORPORATION**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        */s/ Keith B. Davis*
                                        Keith B. Davis