# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A § <br> BRAZOS LICENSING AND § <br> DEVELOPMENT, § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> NEC CORPORATION, § <br> *Defendant*. § <br> § | CIVIL ACTION 6:20-cv-00923-ADA <br> CIVIL ACTION 6:20-cv-00924-ADA <br> CIVIL ACTION 6:20-cv-00925-ADA <br> CIVIL ACTION 6:20-cv-00926-ADA <br> CIVIL ACTION 6:20-cv-00927-ADA |

## UNOPPOSED MOTION FOR
## WITHDRAWAL OF COUNSEL FROM CASE

**TO THE HONORABLE COURT:**

Plaintiff WSOU Investments, LLC ("WSOU") hereby moves to withdraw attorney Jack Shaw as counsel of record for Plaintiff.

Lawyers with Kasowitz Benson Torres LLP and Mark Siegmund with Steckler Wayne Cochran Cherry PLLC will remain as counsel for Plaintiff.

This withdrawal will not cause a continuance or delay and will not prejudice WSOU or any other party to this action.

Defendant is not opposed to this motion.

Accordingly, Plaintiff respectfully requests the Court enter an order reflecting this withdrawal and that all necessary changes be made to the Court's records and ECF.

1

Dated: December 9, 2021                    RESPECTFULLY SUBMITTED,

By: */s/ Mark D. Siegmund*
Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
**STECKLER WAYNE COCHRAN CHERRY PLLC**
8416 Old McGregor Road
Waco, TX 76712
Telephone: (254) 651-3690
Facsimile: (972) 387-4041

Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
Jack Shaw (CA Bar No. 309382)
(Admitted in this District)
jshaw@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

**Attorneys for Plaintiff**
**WSOU INVESTMENTS, LLC d/b/a**
**BRAZOS LICENSING AND**
**DEVELOPMENT**

## **Certificate of Conference**

I hereby certify that on December 8, 2021, I, Mark D. Siegmund, conferred with Defendant regarding Jack Shaw's withdrawal from the case.  Defendant is not opposed to this motion.

*/s/ Mark D. Siegmund*
Mark D. Siegmund

Case 6:20-cv-00927-ADA   Document 48   Filed 12/09/21   Page 4 of 4

## Certificate of Service

I hereby certify that on December 9, 2021, I electronically filed the foregoing using the Court's Case Management and Electronic Case Filing system, which will send notification of such filing to counsel of record as registered in the Court's system.

                                  */s/ Mark D. Siegmund*
                                  Mark D. Siegmund